# EXHIBIT A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| | | | CASE NO. |
|---|---|---|---|
| **STATE OF MICHIGAN** | | | 2022-195694-CD |
| 6th | JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | 2022- -CD<br>JUDGE CHERYL A. MATTHEWS |

Court address
1200 North Telegraph Road, Pontiac, Michigan 48341

Court telephone no.
248-858-0344

Plaintiff's name(s), address(es), and telephone no(s).
Lenora Stevenson

v

Defendant's name(s), address(es), and telephone no(s).
The Kroger Company of Michigan
1014 Vine Street
Cincinnati, OH 45202

Plaintiff's attorney, bar no., address, and telephone no.
GREGORY J. ROHL (P39185)
4051 Haggerty Road
West Bloomfield, MI 48375
248-380-9404
greg@rohllaw.com

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 8/19/2022 | NOV 18 2022 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19) **SUMMONS** MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED Received for Filing Oakland County Clerk 8/19/2022 9:46 AM

| PROOF OF SERVICE | SUMMONS<br>Case No. 2022-    -CD |
|---|---|

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☐ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled Fee<br>$ | | Signature |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) |
| | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date

My commission expires: _____ Signature: _____
                        Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                            Attachments

_____ on _____
                                                    Day, date, time

_____ on behalf of _____.
Signature

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

**LENORA A. STEVENSON,**

    Plaintiff,

2022-195694-CD
Case No.     -CD
HON. JUDGE CHERYL A. MATTHEWS

-vs-

**THE KROGER COMPANY OF MICHIGAN,**

    Defendant.

---

The Law Offices of Gregory J. Rohl, P.C.
**GREGORY J. ROHL (P39185)**
Attorney for Plaintiff
4051 Haggerty Rd.
West Bloomfield Township, Michigan 48323
(248) 380-9404
greg@rohllaw.com

---

### PLAINTIFF'S COMPLAINT

There is no other Civil Action arising out of the same transaction or occurrence as alleged in this Complaint, pending in this Court nor has any such action been previously filed and dismissed after having been assigned to a judge.

*/s/Gregory J. Rohl*
Attorney for Plaintiff

NOW COMES Plaintiff, LENORA STEVENSON, through her counsel, The Law Offices of Gregory J. Rohl, P.C. and for her Complaint against the above-named Defendant states onto this Honorable Court as follows:

### JURISDICTION

1

FILED  Received for Filing  Oakland County Clerk  8/19/2022 9:46 AM

1. That at all times material hereto, Plaintiff, Lenora A. Stevenson, was a resident of the City of Detroit, and an employee of the Defendant, The Kroger Company of Michigan, working as a produce clerk at the facility located at 40399 Grand River Avenue, City of Novi, County of Oakland, State of Michigan; Ms. Stevenson is an African-American female over 50 years of age.

2. That at all times material hereto, Defendant The Kroger Company of Michigan was a corporate entity existing under and by virtue of the laws of the State of Michigan, having a principal place of business located at 40399 Grand River Avenue, City of Novi, County of Oakland, State of Michigan, wherein Plaintiff was employed as a produce clerk.

3. That the events giving rise to Plaintiff's cause of action arose in whole or in part in the County of Oakland, State of Michigan.

4. That exclusive of costs, interest, and attorney fees, this matter exceeds the sum of $25,000, this matter being otherwise within the jurisdiction of this Honorable Court.

## **GENERAL ALLEGATIONS**

5. That Plaintiff, Lenora A. Stevenson, was hired on or about July 13, 1993, and served as both a deli manager and a produce clerk and was earning an annual rate of pay based upon $16.73 per hour, along with additional benefits at the time of her separation from Defendant, Kroger.

6. That Plaintiff's employment file clearly demonstrates that she was a valued and dedicated employee who had no blemishes with respect to her employment and was

2

routinely awarded raises and promotions without any form of discipline and/or discharge during the tenure of her employment.

7. That as a consequence of her dedicated employment and service, Plaintiff was vested with a pension based upon her 29 years of loyal service.

8. That sometime in January 2022, Plaintiff was involved in a roll-over vehicle action, during the course of which, she was seriously injured and became temporarily disabled from work.

9. That Plaintiff followed all store policies and protocols in advising her manager of her accident and inability to work and was placed on short-term disability.

10. That on or about February 27, 2022, Plaintiff, who had yet to be cleared for return to work by her medical professionals, was terminated, allegedly based on some pretext that she had failed to provide the company with disability paperwork in a timely fashion.

11. That Plaintiff had in fact complied with all provisions in the Employee Handbook related to applying for a leave and was indeed granted same.

12. That Defendant, The Kroger Company of Michigan, has in effect a corrective action procedure set forth in the Associate Handbook, which sets forth a four-step procedure in all instances where actions do not warrant immediate termination.

13. That upon information and belief, Plaintiff has exhausted her administrative remedies to the Collective Bargaining Agreement afforded by virtue of her union membership

14. That upon information and belief, Defendant, The Kroger Company of Michigan, was simply utilizing Plaintiff's disability as a mere pretext to getting rid of an old

African American employee, who they essentially wanted to simply discard; Defendant likewise punished Plaintiff for applying for temporary disability.

15. That the Elliot Larsen Civil Rights Act 453 of 1976 prohibits discrimination in Michigan on the basis of religion, race, color, national origin, age, sex, height, weight, familial status or marital status in employment.

16. That Plaintiff was a protected employee covered by the Elliot Larsen Civil Rights Act 453 of 1976.

17. That the Defendant is an employer as defined by the Elliot Larsen Civil Rights Act 453 of 1976.

18. That the actions taken by the Defendant employer were of a discriminatory nature and wrongful, thereby entitling Plaintiff to relief under the Elliot Larsen Civil Rights Act 453 of 1976, including, but not limited to, all economic losses, exemplary damages and attorney's fees.

19. That as a direct and proximate result of the illegal actions taken by Defendant, The Kroger Company of Michigan, in wrongfully terminating plaintiff, she sustained the following injuries and damages, which are set forth by way of example and not by way of limitation:

    1. Loss of income;
    2. Diminution in earning capacity;
    3. Emotional damages, including, but not limited to, fright, shock, embarrassment, anxiety and depression;
    4. Loss of pension and other benefits;

4

5. Other elements of damage as may hereafter be revealed during the course of discovery, which are allowable under the Michigan Jury Instructions.

20. That the actions taken by Plaintiff were at all times in furtherance of job responsibilities and obligations to her employer Defendant herein.

21. That Defendant's termination of Plaintiff because she was on temporary disability was wrongful in nature and constituted a violation of public policy.

22. That Plaintiff's discharge was clearly wrongful and inconsistent with public policy, entitling Plaintiff to additional relief.

WHEREFORE, Plaintiff respectfully requests this Honorable Court allow the trier of fact to enter a Judgment in favor of Plaintiff in an amount in excess of $25,000, along with a further award for all costs and attorney afforded under Michigan Law.

Respectfully submitted,

Date: August 19, 2022                    THE LAW OFFICES OF GREGORY J. ROHL, P.C.

*/s/ Gregory J. Rohl*
Gregory J. Rohl (P39185)
Attorney for Plaintiff

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

**LENORA A. STEVENSON,**

    Plaintiff,

Case No. 2022-195694-CD
HON. JUDGE CHERYL A. MATTHEWS

-vs-

**THE KROGER COMPANY OF MICHIGAN,**

    Defendant.

---

The Law Offices of Gregory J. Rohl, P.C.
**GREGORY J. ROHL (P39185)**
Attorney for Plaintiff
4051 Haggerty Rd.
West Bloomfield Township, Michigan 48323
(248) 380-9404
greg@rohllaw.com

---

### DEMAND FOR TRIAL BY JURY

**NOW COMES** the Plaintiff, **LENORA A. STEVENSON**, by and through her attorneys, THE LAW OFFICES OF GREGORY J. ROHL, P.C., and hereby demands a Trial by Jury in the above-captioned matter.

Dated: August 19, 2022

                                          Respectfully Submitted,
                                The Law Offices of Gregory J. Rohl, P.C.

                                            */s/ Gregory J. Rohl*
                                            Gregory J. Rohl (P39185)

FILED   Received for Filing   Oakland County Clerk   8/19/2022 9:46 AM

**CERTIFIED MAIL**

7021 2720 0002 9021 7402

$ 008.06
0000254312 AUG 23 2022
MAILED FROM ZIP CODE 48375

Morris/
Majba

The Kroger Company of Michigan
1014 Vine Street
Cincinnati, OH 45202

4520231100 0078